UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHRISTOPHER SHUCKRA,** | : | |
| | : | CIVIL ACTION NO.: |
| Plaintiff, | : | |
| | : | 3:18-cv-00874 (AWT) |
| v. | : | |
| | : | |
| **G6 HOSPITALITY, LLC, et al.** | : | |
| | : | |
| Defendants. | : | September 3, 2019 |
| | : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christopher Shuckra and the remaining Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims against the remaining Defendants with prejudice. This Court administratively closed this file upon the parties' notice that the case had settled and ordered the parties to file the notice by September 2, 2019. (*See* Dkt. No. 60.) In light of the Labor Day holiday and D. Conn. Civ. L. R. 6, the parties request the Court accept this filing.

| | |
|---|---|
| **PLAINTIFF**, | **DEFENDANTS**, |
| | |
| By: */s/ Elisabeth J. Lee* | By: */s/ Ronald James Houde, Jr.* |
| Elisabeth J. Lee (ct 30652) | Ronald James Houde, Jr. |
| Garrison, Levin-Epstein, Fitzgerald | The Kalon Law Firm, LLC |
|    & Pirrotti, P.C. | 140 Huyshope Avenue, Suite 405 |
| 405 Orange Street | Hartford, CT 06106 |
| New Haven, CT 06511 | P: (860) 249-0979 x 701 |
| P: (203) 777-4425 | F: (860) 249-0979 |
| F: (203) 776-3965 | rhoude@kalonlawfirm.com |
| elee@garrisonlaw.com | |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the above-stated day, a copy of the foregoing was filed electronically *[and served by mail on anyone unable to accept electronic filing]*.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system *[or by mail to anyone unable to accept electronic filing]*.  Parties may access this filing through the Court's system.

                                                     */s/ Elisabeth J. Lee*
                                                   Elisabeth J. Lee